Fill in this information to identify your case:

Debtor 1: Rajnikant Harmanbhai Patel
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS
(State)

Case Number: 17-18477
(If known)

[x] Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   [x] No. Go to Part 2.
   [ ] Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   [x] Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| 4.1 | **Advocate Health Care** — Creditor's Name | $ 117.00 |
| | 22393 Network Pl. — Number / Street | |
| | Chicago IL 60673 — City / State / Zip Code | |

Last 4 digits of account number: 7573
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Who owes the debt? Check one.
[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim relates to a community debt

Is the claim subject to offest?
[x] No
[ ] Yes

Type of NONPRIORITY unsecured claim:
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify: Medical/Dental Services

Debtor 1: Rajnikant Harmanbhai Patel    Case Number (if known): 17-18477

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total Claim**

---

**4.2** Advocate Lutheran General (Creditor's Name)
P.O. Box 6250
Madison, WI 53716

Who owes the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number: 1465
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**$ 32.00**

---

**4.3** BMO Harris BANK (Creditor's Name)
Po Box 1111
Madison, WI 53701

Who owes the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number: NULL
When was the debt incurred? 2011-2016

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card or Credit Use

**$ 9,693.00**

---

**4.4** Citibank N.A. (Creditor's Name)
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Who owes the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number: 5073
When was the debt incurred? 2016-2016

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Unknown Credit Extension

**$ 5,750.00**

---

Debtor 1: Rajnikant (First Name) Harmanbhai (Middle Name) Patel (Last Name)  
Case Number (if known): 17-18477

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total Claim**

### 4.5 Discover FIN SVCS LLC
Creditor's Name  
Po Box 15316  
Number Street  

Wilmington DE 19850  
City State Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: NULL  
When was the debt incurred? 1994-2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify: Credit Card or Credit Use

$ 12,551.00

### 4.6 Kohls/Capone
Creditor's Name  
N56 W 17000 Ridgewood Dr  
Number Street  

Menomonee Falls WI 53051  
City State Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: NULL  
When was the debt incurred? 2007-2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify: Credit Card or Credit Use

$ 727.00

### 4.7 MediCredit Inc.
Creditor's Name  
PO Box 66700  
Number Street  

Saint Louis MO 63166  
City State Zip Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: 0691  
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify: Credit Extended to Debtor(s)

$ 473.00

Debtor 1 Rajnikant Harmanbhai Patel  Case Number (if known) 17-18477
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total Claim

---

**4.8** Midland Funding, LLC — Creditor's Name
8875 Aero Drive, # 200
Number  Street

San Diego, CA 92123
City  State  Zip Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify: Credit Card or Credit Use

Is the claim subject to offset?
☒ No
☐ Yes

Total Claim: $ 2,070.48

---

**4.9** Navient — Creditor's Name
Po Box 9500
Number  Street

Wilkes Barre, PA 18773
City  State  Zip Code

Last 4 digits of account number ___ 0210 ___ ___
When was the debt incurred? 2000-2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Is the claim subject to offset?
☒ No
☐ Yes

Total Claim: $ 2,166.00

---

**4.10** NorthShore Univ Health System — Creditor's Name
23056 Network Place
Number  Street

Chicago, IL 60673
City  State  Zip Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify: Medical Debt

Is the claim subject to offset?
☒ No
☐ Yes

Total Claim: $ 700.00

---

Debtor 1  Rajnikant   Harmanbhai   Patel           Case Number (if known) 17-18477
          First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   Total Claim

**4.11**
Creditor's Name: Optimum Physical Therapy
Number Street: 9301 W. Golf Road, Ste 204
City: Des Plaines  State: IL  Zip Code: 60016
Last 4 digits of account number: A014
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 180.00

---

**4.12**
Creditor's Name: Portfolio Recovery Associates
Number Street: PO Box 12914
City: Norfolk  State: VA  Zip Code: 23541
Last 4 digits of account number: 1462
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Debt Owed

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,879.00

---

**4.13**
Creditor's Name: ProPower
Number Street: 535 E. Diehl Rd., Suite 350
City: Naperville  State: IL  Zip Code: 60563
Last 4 digits of account number: ____
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Debt Owed

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,674.00

---

Debtor 1: Rajnikant (First Name) Harmanbhai (Middle Name) Patel (Last Name)   Case Number (if known): 17-18477

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total Claim

---

**4.14** Ramco Holdings LLC
Creditor's Name
5433 Westheimer Rd., #700
Number   Street

Houston   TX   77056
City   State   Zip Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Debt Owed__

$ 5,000.00

---

**4.15** SIMM Associates
Creditor's Name
800 Pencader Dr.
Number   Street

Newark   DE   19702
City   State   Zip Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Credit Card or Credit Use__

$ 2,944.00

---

**4.16** Syncb/Amazon
Creditor's Name
Po Box 965015
Number   Street

Orlando   FL   32896
City   State   Zip Code

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number ___ NULL ___

When was the debt incurred? 2014-2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Credit Card or Credit Use__

$ 0.00

---

Debtor 1  Rajnikant  Harmanbhai  Patel    Case Number (if known) 17-18477
         First Name  Middle Name  Last Name

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total Claim

---

**4.17** Syncb/SAMS CLUB DC
Creditor's Name
Po Box 965005
Number    Street

Orlando    FL   32896
City       State  Zip Code

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  NULL
When was the debt incurred?  2012-2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit Card or Credit Use

$ 5,118.00

---

**4.18** Syncb/SAMS CLUB DC
Creditor's Name
Po Box 965005
Number    Street

Orlando    FL   32896
City       State  Zip Code

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  NULL
When was the debt incurred?  2007-2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit Card or Credit Use

$ 9,640.00

---

**4.19** Synchrony BANK
Creditor's Name
2365 Northside Dr Ste 30
Number    Street

San Diego    CA   92108
City         State  Zip Code

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  2795
When was the debt incurred?  2016-2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Unknown Credit Extension

$ 2,070.00

---

Debtor 1   Rajnikant   Harmanbhai   Patel       Case Number *(if known)* 17-18477
          First Name   Middle Name   Last Name

| 4.20 | Wells Fargo Home Mortgage | | $ 18,000.00 |

Creditor's Name: Wells Fargo Home Mortgage
8480 Stagecoach Cir
Number    Street

Frederick    MD   21701
City         State  Zip Code

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offest?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Debt Owed

Debtor 1   Rajnikant   Harmanbhai   Patel   Case Number (if known) 17-18477
First Name   Middle Name   Last Name

**Part 3: List Others to Be Notified for a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Clerk, Second Mun Div
Name
5600 Old Orchard Rd
Number   Street

Skokie   IL   60077
City   State   Zip Code

On which entry in Part 1 or Part 2 list the original creditor?
Line __8__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Blitt and Gaines, PC
Name
661 Glenn Ave.
Number   Street

Wheeling   IL   60090
City   State   Zip Code

On which entry in Part 1 or Part 2 list the original creditor?
Line __8__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Medical Recovery Specialists
Name
2250 E. Devon Ave., Ste. 352
Number   Street

Des Plaines   IL   60018
City   State   Zip Code

On which entry in Part 1 or Part 2 list the original creditor?
Line __10__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Harris & Harris, LTD
Name
111 W Jackson Blvd
Number   Street
Suite 400

Chicago   IL   60604
City   State   Zip Code

On which entry in Part 1 or Part 2 list the original creditor?
Line __10__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

ProPower
Name
PO Box 207
Number   Street

Naperville   IL   60566
City   State   Zip Code

On which entry in Part 1 or Part 2 list the original creditor?
Line __13__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Ramco Holdings LLC
Name
10053 East Lurlene Drive
Number   Street

Tucson   AZ   85730
City   State   Zip Code

On which entry in Part 1 or Part 2 list the original creditor?
Line __14__ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  Rajnikant   Harmanbhai   Patel         Case Number (if known) 17-18477
          First Name  Middle Name   Last Name

| Creditor | Details | Original Creditor Info |
|---|---|---|
| **Comenity Bank** (Name)<br>PO Box 183003 (Number Street)<br>Columbus, OH 43218 (City State Zip Code) | On which entry in Part 1 or Part 2 list the original creditor?<br>Line __15__ of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ | |
| **PayPal Credit** (Name)<br>PO Box 5138 (Number Street)<br>Timonium, MD 21094 (City State Zip Code) | On which entry in Part 1 or Part 2 list the original creditor?<br>Line __15__ of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ | |

Debtor 1 ____Rajnikant____ ____Harmanbhai____ ____Patel____  Case Number *(if known)* __17-18477__
        First Name          Middle Name        Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and Certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 2,166.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 85,618.48 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 87,784.48 |